UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v | § § § | CRIMINAL NO. C-06-520 |
| GIDARDO PECERO-DIAZ | § | |

### ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE

It is hereby ORDERED that the above-entitled and numbered Indictment be **DISMISSED** as to Defendant, GIDARDO PECERO-DIAZ, in the interest of justice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Corpus Christi, Texas, this 23 day of Aug, 2006.

_____
UNITED STATES DISTRICT JUDGE